JS-6

SACRO & WALKER LLP
700 N. Brand Boulevard, Suite 610
Glendale, California 91203

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SCHOONERS PATIO GRILLE, INC.; SCHOONER'S PATIO GRILLE II, INC.; SCHOONERS PATIO GRILLE III, INC.; ANN MARGARET RYBKIN; COMMERCIAL PROPERTIES, LLC; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:25-cv-12102-JFW-BFMx<br>Hon. John F. Walter<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Having considered the stipulation of the parties, and good cause appearing therefor, it is ordered that this matter is dismissed in its entirety with prejudice, with each party bearing its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 19, 2026

The Honorable John F. Walter
United States District Judge